
ConsumerSavingCenter.com

# Last Steps!

## This Laptop will be available for:

**Congratulations!** To qualify for your Laptop, start by fully completing any 2 of the Silver offers listed below! It's fast and easy!

**How can we offer you this Laptop on us?** - We cover the cost of the Laptop along with the shipping and handling charges from revenue earned from our advertisers. To claim your Laptop, simply complete the offers as instructed and fulfill the participation requirements. We will ship the Laptop to you with free shipping.

Prior to us shipping the Laptop, you will have the opportunity to re-confirm your shipping address to ensure accurate delivery.

### SILVER OFFERS
**Complete any 2 offers below**



If you do not take advantage of this bonus offer above, participate in any ( 2 ) of the advertiser offers listed below.

### Discover® More - Clear Card

Sign up here.



**Discover® More - Clear Card**
- Choose the American Flag Card when you apply!
- 0% Intro APR* on Purchases for 12 months
- 5% Cashback Bonus® in popular categories that change four times a year like travel, apparel, home, gas, restaurants, movies and more*
- Up to 1% Cashback Bonus on all other purchases automatically*
- Unlimited cash rewards that never expire

**CLICK HERE TO SIGNUP**

---

### Jewelry Savings Plan

Sign up here.



- FREE Introductory Offer = $60 Value FREE! Get a Free Personalized Family Ring & 2 Bonus Gifts
- Personalized for mom = A truly handcrafted design, each ring is layered in rich 14 Karat Gold then personalized with up to 7 Austrian crystal birthstones to represent those mom loves the most.

**CLICK HERE TO SIGNUP**

---

### Netflix - Sign up Today and try Netflix for FREE!

Sign up here.



**Rent DVDs Online with NO Late Fees**
- Try Netflix for FREE.
- Rent as many DVDs as you want with plans starting at only $9.99 a month.
- No Late Fees. Keep each DVD as long as you want.

**CLICK HERE TO SIGNUP**

---

### Experian Credit Report

Sign up here.



**Experian Credit Report**
- FREE Credit Score & Report – get yours
- Easy-to-understand, includes credit score explanation
- Delivered online quickly, safely and securely

**CLICK HERE TO SIGNUP**

---

### Discover® Open Road Card

Sign up here.



**Discover® Open Road Card**
- 0% Intro APR* on Purchases for 12 months
- Full 5% Cashback Bonus® on gas and everyday auto maintenance purchases*
- Up to 1% Cashback Bonus on all other purchases*

**CLICK HERE TO SIGNUP**

ConsumerSavingCenter.com

**Sign up here.**



### Disney Movie Club

Join Now and Get 3 Disney Movies for $.99 Each!
- Choose from hundreds of movies!
- Get Free Shipping!
- Plus order up to 2 bonus titles – save more now, buy less later!
- As a member you'll have access to exclusive merchandise and members-only discounts! To receive credit for this offer you will need to purchase your first Club title.

**CLICK HERE TO SIGNUP**

---

**Sign up here.**



### eBay

**Make money on eBay anywhere!**
- It's QUICK & EASY to get started!
- No Experience Necessary.
- Use it whenever you need extra cash
- Get your FREE* trial while it lasts!
- Pay just $1.97 and begin selling today

**CLICK HERE TO SIGNUP**

---

**Sign up here.**



### IQ Cosmetics

**IQ Derma FREE Trial**
- No more wrinkles
- SPF 20 protects against sun damage
- See the results for yourself - Try it free

**CLICK HERE TO SIGNUP**

---

**Sign up here.**



### Scholastic's Beginners Reading Program

**Dr.Seuss & His Friends**

- 7 Free Dr.Seuss books
- 1 Free backpack
- Dr. Seuss "The Cat in the Hat" for only $4.99

**CLICK HERE TO SIGNUP**

---

**Sign up here.**



### Hoodia Star

**HoodiaStar**
- 100% Pure South African Hoodia Gordonii
- Starts Working Immediately
- Satisfaction Guaranteed

**CLICK HERE TO SIGNUP**

| Sign up here. |  Spanish German French etc. | **Advantage Language**<br><br>**Learn Spanish! French! German! Or Italian! FREE**<br>• Free CDs & Bonus Quality Microphone to get you started!<br>• Fastest interactive way to Learn a Language!<br>• Winner of Microsoft Industry Awards – Best Educational Software 2004 & 2006<br>• Sign up now and receive a bonus gift of a Multilingual Travel Translator-a $40 value.<br><br>**CLICK HERE TO SIGNUP** |
|---|---|---|
| Sign up here. |  5 DVDs for 49¢ each + shipping & processing ○ CLICK TO JOIN | **Columbia House**<br><br>**5 DVDS – Just 49 cents each**<br>• FREE shipping for taking additional discounted DVDs now<br>• Get 5 DVDs for just 49 cents each<br>• Choose from 100s of titles<br><br>**CLICK HERE TO SIGNUP** |
| Sign up here. |  Get 7 FREE Disney Books | **Scholastic Disney Book Club**<br><br>**Disney Wonderful World of Reading**<br>• 7 FREE Disney Books<br>• FREE Backpack<br>• Preview Ratatouille for $4.99!<br>• 100% Guarantee<br><br>**CLICK HERE TO SIGNUP** |
| Sign up here. | *PSST... Have You Heard?* | **Ivory White**<br><br>**IVORY WHITE – FREE TRIAL**<br>• First Impressions Count - Try Ivory White Teeth Whitening Today<br>• The same formula dentists use nationwide...for LESS!<br>• Get a whiter, brighter, younger SMILE today<br>• Refreshing mint taste – complete teeth whitening program<br><br>**CLICK HERE TO SIGNUP** |
| Sign up here. |  | **Strengthen your faith daily**<br><br>**Living Christian Software - FREE Trial**<br>• A unique new way to enrich your daily devotional time with God.<br>• Software Combines Hundreds of Dollars in eBook Resources<br>• Powerful Bible search tools to help you locate devotional materials with the click of a mouse.<br>• Just 15 minutes per day. |

**CLICK HERE TO SIGNUP**

---

### eMusic.com

Sign up here.



**Get 75 Songs for just 99 Cents!**
- That's 75 downloads for the price of one song on those other services with no restrictions.
- Guaranteed to play on your iPod or any MP3 player.
- Start downloading music today!

**CLICK HERE TO SIGNUP**

---

### The Good Cook

Sign up here.



**The Good Cook™**
- Get 4 cookbooks for $1 each with membership
- The Good Cook is your source for a world of recipes, inspiration & more
- Enjoy today's most exciting cookbooks from world-famous chefs
- Buy 2 more books within the next year to fulfill your membership commitment

**CLICK HERE TO SIGNUP**

---

### Video Professor

Sign up here.



**Video Professor**
- FREE lesson – the software of your choice
- Learn Excel, Quicken, Word, Powerpoint
- Improve your job skills with proven software training

**CLICK HERE TO SIGNUP**

---

### PosterPass.com

Sign up here.



Your 4 Posters for $2 each
CLICK HERE

**PosterPass.com**
- Take 4 Posters for $2 each!
- Choose from Fine Art, College, Movies, Music, Photos and Sports Posters!
- Take advantage today!

**CLICK HERE TO SIGNUP**

---

### Baby Einstein Playful Discoveries

Sign up here.

**Baby Einstein-**
- 5 FREE Gifts
- Baby Einstein DVD sampler
- Brilliant Discovery 6-card set



CLICK HERE TO SIGNUP



### Dermitage

Sign up here.

**FREE 14-day trial from Dermitàge!**
- Try the latest breakthrough in anti-aging technology
- Watch as wrinkles and fine lines instantly fade away
- Spring Special - Pay only $6.95 S&P

CLICK HERE TO SIGNUP



### Dermacia

Sign up here.

**Dermacia**
- Younger Looking Skin Guaranteed with Dermacia!
- Breathable makeup promotes collagen
- Ideal for sensitive skin
- Treats acne while covering up!

CLICK HERE TO SIGNUP



### Miles by Discover® Card

Sign up here.

**Miles by Discover® Card**
- Travel with no Restrictions – book any travel through any airline, travel agent or online travel site with no blackout dates or advanced bookings
- Earn Miles Faster – Double Miles on up to $3,000 on travel and restaurant purchases and 1 Mile for every $1 on all your other purchases
- Redeem faster with more options – choose a travel credit to your account, gift cards from 50 brand-name Partners or cash

CLICK HERE TO SIGNUP



### Vista Print

Sign up here.

**250 full-color business cards FREE!**
- 42 design choices
- Durable, premium grade card stock
- Pay only for shipping and processing

CLICK HERE TO SIGNUP

Sign up here.



### Never Go To The Post Office Again!

Stamps.com
- Never go to the Post Office for stamps again
- Print postage right from your PC!
- Easy & convenient

**CLICK HERE TO SIGNUP**

---

Sign up here.



### Onlingo

Start speaking a new language in just 7 days with the Onlingo Method
- The #1 Selling Language Learning Program – Try it for FREE!
- 85% would recommend the Onlingo Method to friends and family
- 79% said the Onlingo Method SURPASSED their expectations
- Fast, easy and FUN – no textbooks
- Limited Time FREE Bonus: 5-language Electronic Pocket Translator!

**CLICK HERE TO SIGNUP**

---

Sign up here.



### Cheaptrips

Get 4 Free* Airline Tickets!
- Limited-time CheapTrips offer
- Save up to 70% on Hot Deals and Last Minute Specials
- Guaranteed lowest prices for airline tickets...and now hotels...Period!

**CLICK HERE TO SIGNUP**

---

Sign up here.



### BMG Music Service

Get 12 CDs for the price of one with membership!
- Select up to 7 CDs now from BMG Music Service
- Buy one at regular club price, then choose 4 more FREE!
- You only pay Shipping and Handling.

**CLICK HERE TO SIGNUP**

---

Sign up here.



### Vioderm

Vioderm, the Botox™ Alternative
- Clinically proven to reduce fine lines and wrinkles by up to 45%
- See results in as little as 20 days
- Is it better than Botox? You decide! Click here for your $1 Trial!

**CLICK HERE TO SIGNUP**

| Sign up here. |  | **12-in-One**<br><br>12-in-One Soft Gel Multi Vitamins<br>• Risk-FREE for 30 days<br>• If you like it, we will pay half on all future orders<br>• Order today<br><br>**CLICK HERE TO SIGNUP** |
|---|---|---|
| Sign up here. |  | **TrimDay**<br><br>TrimDay Weight Loss Supplement<br>• Weight Loss Breakthrough<br>• Hoodia - All Natural Appetite Suppressant<br>• As seen on NBC Today Show, 60 Minutes<br>• 7-Day Trial only $1! (plus Shipping and Processing)<br><br>**CLICK HERE TO SIGNUP** |

**Next Page**

Check Gift Status | Help | Privacy Policy | Terms & Conditions | Contact Us

To receive the incentive gift you must: 1) Register with valid information; 2) Complete the user survey; and 3) Complete at least two (2) Silver offers, two (2) Gold offers, and six (6) Platinum offers. Purchase may be required. Please read Terms & Conditions for details. Upon completion of all requirements, we will ship the incentive gift to you with free shipping.

ConsumerSavingCenter.com is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners.

Copyright © 2007 ConsumerSavingCenter.com. All rights reserved.