RoundtripTickets4Free.com

✈ RoundtripTickets4Free

# Last Steps!

## This Set of Tickets will be available for:

**Congratulations!** To qualify for your Set of Tickets, start by fully completing any 2 of the Silver offers listed below! It's fast and easy!

**How can we offer you this Set of Tickets on us?** - We cover the cost of the Set of Tickets along with the shipping and handling charges from revenue earned from our advertisers. To claim your Set of Tickets, simply complete the offers as instructed and fulfill the participation requirements. We will ship the Set of Tickets to you with free shipping.

Prior to us shipping the Set of Tickets, you will have the opportunity to re-confirm your shipping address to ensure accurate delivery.

2 FREE ROUNDTRIP AIRFARE TICKETS TO ANYWHERE IN THE U.S.



## SILVER OFFERS
### Complete any 2 offers below



**Limited Time Bonus Offer!**

**Complete this sponsor offer & receive a $25 Visa® gift card FREE**
when you qualify for your gift.



COSMETIQUE  Choose Your Colors... Join the Fun!
- 6 Piece Cosmetic Collection for only $1!
- $106 Retail Value and includes a FREE Designer bag & FREE Surprise Gift!
- While supplies last! Hurry!

click here



You must still complete 1 of the offers below.

If you do not take advantage of this bonus offer above, participate in any (2) of the advertiser offers listed below.

Sign up here. 

**Discover® More - Clear Card**
- Choose the American Flag Card when you apply!
- 0% Intro APR* on Purchases for 12 months
- 5% Cashback Bonus® in popular categories that change four times a year like travel, apparel, home, gas, restaurants, movies and more*
- Up to 1% Cashback Bonus on all other purchases automatically*
- Unlimited cash rewards that never expire

**CLICK HERE TO SIGNUP**

---

Sign up here. 

**Jewelry Savings Plan**
- FREE Introductory Offer = $60 Value FREE! Get a Free Personalized Family Ring & 2 Bonus Gifts
- Personalized for mom = A truly handcrafted design, each ring is layered in rich 14 Karat Gold then personalized with up to 7 Austrian crystal birthstones to represent those mom loves the most.

**CLICK HERE TO SIGNUP**

---

Sign up here. 

**PURITY Natural Mineral Makeup**

Purity Mineral Collection
- Pure mineral make up that's actually good for your skin!
- Covers blemishes, fine lines – you skin will look flawless!
- A $145.00 Value – Try It for Free!

**CLICK HERE TO SIGNUP**

---

Sign up here. 

**Today**

Today's Escape
- FREE* $25 Kmart® Gift Card
- Save on Clothing, Movie Tickets & More
- 7 Day FREE Trial

**CLICK HERE TO SIGNUP**

---

Sign up here. 

**Disney Movie Club**

Join Now and Get 3 Disney Movies for $1.99 Each!
- Choose from hundreds of movies!
- Get Free Shipping!
- Plus order up to 2 bonus titles – save more now, buy less later!
- As a member you'll have access to exclusive merchandise and members-only discounts! To receive credit for this offer you will need to purchase your first Club title.

**CLICK HERE TO SIGNUP**

### Netflix

Sign up here.



**Netflix**
- DVD rentals delivered to your home
- Over 80,000 titles and No Late Fees
- Try 2 weeks FREE!
- Only $8.99 a month!

*CLICK HERE TO SIGNUP*

### Experian Credit Report

Sign up here.



**Experian Credit Report**
- FREE Credit Score & Report – get yours
- Easy-to-understand, includes credit score explanation
- Delivered online quickly, safely and securely

*CLICK HERE TO SIGNUP*

### OPRAH SWITCHES TO GREEN TEA!

Sign up here.



**BodyFit Pro - Green Tea500**
- "Lose 10 Pounds in Six Weeks" - Dr. Perricone
- Contains 500mg of Pure Green Tea Extract
- Sign up for your Free Bottle Today While Supplies Last!

*CLICK HERE TO SIGNUP*

Sign up here.



**At Home Rewards+ Savings Program**
- FREE 7-day trial, plus get a FREE $25 Wal-Mart Gift Card
- Get great savings on home improvement needs and home accents
- Save 20% on gift cards purchased through the program

*CLICK HERE TO SIGNUP*

### Columbia House

Sign up here.



**5 DVDS – Just 49 cents each**
- FREE shipping for taking additional discounted DVDs now
- Get 5 DVDs for just 49 cents each
- Choose from 100s of titles

*CLICK HERE TO SIGNUP*

### eBay

Make money on eBay anywhere!
- It's QUICK & EASY to get started!



**Sign up here.**

- No Experience Necessary.
- Use it whenever you need extra cash
- Get your FREE* trial while it lasts!

**CLICK HERE TO SIGNUP**



**Sign up here.**

### Scholastic's Beginners Reading Program

Dr. Seuss & His Friends

- 7 Free Dr. Seuss books
- 1 Free backpack
- Dr. Seuss "The Cat in the Hat" for only $4.99

**CLICK HERE TO SIGNUP**



**Sign up here.**

### Hoodia Star

HoodiaStar
- 100% Pure South African Hoodia Gordonii
- Starts Working Immediately
- Satisfaction Guaranteed

**CLICK HERE TO SIGNUP**



**Sign up here.**

**Discover® Open Road Card**
- Intro APR* on Purchases
- Full 5% Cashback Bonus® on gas and everyday auto maintenance purchases*
- Up to 1% Cashback Bonus on all other purchases*

**CLICK HERE TO SIGNUP**



**Sign up here.**

### Strengthen your faith daily

Living Christian Software - FREE Trial
- A unique new way to enrich your daily devotional time with God.
- Software Combines Hundreds of Dollars in eBook Resources
- Powerful Bible search tools to help you locate devotional materials with the click of a mouse.
- Just 15 minutes per day.

**CLICK HERE TO SIGNUP**

### eMusic

Sign up here. 

**Sign up for eMusic and Get 25 Free Downloads!**
- Works with the iPod™ or any MP3 player
- Choose from over 2 million songs
- Unlimited CD burning, unlimited transfers
- Start downloading your Free MP3s today

*CLICK HERE TO SIGNUP*

Sign up here. 

**ValueMax**

ValueMax
- FREE $25 Gas Gift Card
- Discounts on Travel, Prescription Drugs, and much more
- Free 7 Day Trial

*CLICK HERE TO SIGNUP*

Sign up here. 

**Blockbuster**

Blockbuster Total Access
- Only $9.99 for the first month!
- Up to 3 movies out at a time and unlimited monthly rentals!

*CLICK HERE TO SIGNUP*

Sign up here. 

**Free Credit Analysis and Score**

Consumer Direct
- FREE Credit Score & Analysis – sign-up now
- Improve interest rates on mortgages, loans and credit cards
- Fix financial problems and increase your credit score

*CLICK HERE TO SIGNUP*

Sign up here. 

**The Amazon Diet**

The Amazon Diet
- Better then Ephedra
- Drop 21 pounds in 21 days
- Try The Amazon Diet now for FREE!

*CLICK HERE TO SIGNUP*

Sign up here.

**eMusic.com**

Get 75 Songs for just 99 Cents!
- That's 75 downloads for the price of one song on those other services with no restrictions.
- Guaranteed to play on your iPod or any MP3 player.


- Start downloading music today!



### Scholastic Disney Book Club

 

Disney Wonderful World of Reading
- 7 FREE Disney Books
- FREE Backpack
- Preview Ratatouille for $4.99!
- 100% Guarantee



### PosterPass.com

 

PosterPass.com
- Take 4 Posters for $2 each!
- Choose from Fine Art, College, Movies, Music, Photos and Sports Posters!
- Take advantage today!



### Onlingo

 

Start speaking a new language in just 7 days with the Onlingo Method
- The #1 Selling Language Learning Program – Try It for FREE!
- 85% would recommend the Onlingo Method to friends and family
- 79% said the Onlingo Method SURPASSED their expectations
- Fast, easy and FUN – no textbooks
- Limited Time FREE Bonus: 5-language Electronic Pocket Translator!

### Video Professor

 

Video Professor
- FREE lesson – the software of your choice
- Learn Excel, Quicken, Word, Powerpoint
- Improve your job skills with proven software training

Sign up here. 

### The Good Cook

The Good Cook™
- Get 4 cookbooks for $1 each with membership
- The Good Cook is your source for a world of recipes, inspiration & more
- Enjoy today's most exciting cookbooks from world-famous chefs
- Buy 2 more books within the next year to fulfill your membership commitment

**CLICK HERE TO SIGNUP**

---

Sign up here. 

### Bargain PriceStore

Price Store
- Choose your product - over 20 million
- Start searching for bargain products
- Sign-up for your FREE trial today

**CLICK HERE TO SIGNUP**

---

Sign up here. 

### Entertainment Book

The Entertainment® Book
- The 2008 Book is now on sale
- Discounts on dining, events & more
- Hundreds of 2-for-1 and up to 50%-off discounts

**CLICK HERE TO SIGNUP**

---

Sign up here. 

### Never Go To The Post Office Again!

Stamps.com
- Never go to the Post Office for stamps again
- Print postage right from your PC!
- Easy & convenient

**CLICK HERE TO SIGNUP**

---

Sign up here. 

### Scholastic My First Steps to Learning

My First Steps to Learning-
- 7 FREE Learning Tools
- Effective Learning Program
- Award Winning Offer

**CLICK HERE TO SIGNUP**

---

### Baby Einstein Playful Discoveries




**Baby Einstein-**
- 5 FREE Gifts
- Baby Einstein DVD sampler
- Brilliant Discovery 6-card set

**CLICK HERE TO SIGNUP**




## At Home Rewards

**At Home Rewards**
- Free $25 Home Depot Gift card as a member
- Save on home improvement needs, hotel stays, and car rentals.
- As a member, get a one-year subscription to a popular magazine at no additional charge!

**CLICK HERE TO SIGNUP**




## Disney Princess

**Disney Princess**
- 3 FREE Books
- FREE Tiara
- FREE Wand

Buy Sweet Success for only $5.99 (plus s&h)

**CLICK HERE TO SIGNUP**




## Dermitage

**FREE 14-day trial from Dermitàge!**
- Try the latest breakthrough in anti-aging technology
- Watch as wrinkles and fine lines instantly fade away
- Spring Special - Pay only $6.95 S&P

**CLICK HERE TO SIGNUP**



## Disney Movie Club

**Disney Movie Club**
- Get 3 Disney movies for just $1.99 each
- Free Shipping!
- Wide selection of Disney's greatest hits
- New titles added all the time

**CLICK HERE TO SIGNUP**



Check Gift Status | Help | Privacy Policy | Terms & Conditions | Contact Us

To receive the incentive gift you must: 1) Register with valid information; 2) Complete the user survey; and 3) Complete at least two (2) Silver offers, two (2) Gold offers, and six (6) Platinum offers. Purchase may be required. Please read Terms & Conditions for details. Upon completion of all requirements, we will ship the incentive gift to you with free shipping.

RoundTripTickets4Free.com is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners.

Copyright © 2007 RoundTripTickets4Free.com. All rights reserved.