**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Cosmetique Inc
                  Plaintiff,

v.                                       Case No.: 1:10–cv–00367
                                                        Honorable Samuel Der–Yeghiayan

Valueclick, Inc., et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 15, 2011:

    MINUTE entry before Honorable Sheila Finnegan: Telephonic Magistrate Judge Status hearing held on 3/15/2011. Parties report that they are far along in settlement discussions and anticipate that an agreement will be reached, so there is no need for a mediation with Judge Finnegan at this time. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.