## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COSMETIQUE, INC., | Civil Action No. 10-cv-00367 |
| Plaintiff, | Honorable Samuel Der-Yeghiayan |
| v. | |
| VALUECLICK, INC. AND WEB MARKETING HOLDINGS, INC. D/B/A WEB CLIENTS, INC., | Magistrate Judge Sheila Finnegan |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Cosmetique, Inc., ("Plaintiff") and Defendants ValueClick, Inc. and Web Marketing Holdings, Inc. d/b/a/ Web Clients, Inc. ("Defendants"), by and through their attorneys of record, hereby stipulate and agree that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs.

**SO STIPULATED.**

Dated: April 1, 2011

**WEXLER WALLACE LLP**

By: /s/ Mark J. Tamblyn
Mark J. Tamblyn

Ian J. Barlow
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

*Attorneys for Plaintiff Cosmetique, Inc.*

Dated:  April 1, 2011        **GIBSON DUNN & CRUTCHER LLP**

By:  /s/ Michael B. Smith
           Michael B. Smith

Sarah A. Brown
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5395
Facsimile: (650) 849-5333

*Attorneys for Defendants ValueClick, Inc. and Web Marketing Holdings, Inc. d/b/a/ Web Clients, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of that system.

/s/ Mark J. Tamblyn