**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Cosmetique Inc
                      Plaintiff,

v.                                             Case No.: 1:10−cv−00367
                                             Honorable Samuel Der−Yeghiayan

Valueclick, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 4, 2011:

      MINUTE entry before Honorable Sheila Finnegan: Referral is terminated, parties having filed a stipulation of voluntary dismissal. Honorable Sheila Finnegan no longer referred to the case. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.